No. 1547, Misc. BRENNAN v. NEW YORK. Ct. App. N. Y. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted and the judgment reversed on authority of *Garrity* v. *New Jersey*, 385 U. S. 493. *Joseph L. Belvedere* for petitioner. *Frank S. Hogan, H. Richard Uviller*, and *Alan F. Scribner* for respondent.

No. 410. DUNCAN v. LOUISIANA, 391 U. S. 145;

No. 1228. THOMPSON v. UNITED STATES, 391 U. S. 903;

No. 1275. BUTTERMAN ET UX. v. WALSTON & Co., INC., ET AL., 391 U. S. 913;

No. 1276. DANILA ET AL. v. DOBREA, EXECUTOR, 391 U. S. 949;

No. 1298. CIELEN v. AETNA LIFE INSURANCE Co., ET AL., 391 U. S. 915;

No. 1027, Misc. SPURLIN v. DUTTON, WARDEN, ET AL., 391 U. S. 920;

No. 1404, Misc. KELLY v. KANSAS ET AL., 391 U. S. 925;

No. 1446, Misc. JACKSON v. NELSON, WARDEN, 391 U. S. 361; and

No. 1459, Misc. STELLO v. STRAND ET AL., 391 U. S. 968. Petitions for rehearing denied.

No. 906. ROVICO, INC. v. AMERICAN PHOTOCOPY EQUIPMENT Co., 390 U. S. 945, 1037. Motion for leave to file second petition for rehearing denied.

No. 1392, Misc. WALKER v. CALIFORNIA, 391 U. S. 362. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.